| UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF NORTH CAROLINA | Case No. 1:23-cv-00032-CCE-JEP |
|---|---|
| Name of Plaintiff(s): ROBERT CIARCIELLO Individually and on Behalf of All Others Similarly Situated <br><br> **VERSUS** <br><br> Name of Defendant(s): BIOVENTUS INC., KENNETH M. REALI, MARK L. SINGLETON, GREGORY O. ANGLUM, and SUSAN M. STALKNECKER | REPORT OF MEDIATOR <br><br> *(For Placement on the CM/ECF Docket)* |
| Mediator Name: Jed D. Melnick | |
| Telephone No.: +1 646-842-0141 | ☐ This is an **Interim Report**. A final report is to be filed after resumption of the mediation |
| E-Mail Address: Jmelnick@jamsadr.com | |

RECEIVED JUN 05 2024 CLERK DISTRICT COURT GREENSBORO, N.C. 1025 CB

1. **Convening of Mediation.** The mediated settlement conference ordered in this case:

   ☒ was held on May 29, 2024 _____ (date)

   ☐ was NOT held because _____

2. **Attendance**
   ☒ No Objection was made on the grounds that any required attendee was absent.
   ☐ Objection was made by _____

3. **Outcome**
   ☐ Complete settlement of the case
   ☒ Conditional settlement or other disposition
   ☐ Partial settlement of the case
   ☐ Recess (i.e., mediation to be resumed at a later date)
   ☐ Impasse
   ☐ Additional Information: Settlement conditional on Court's approval pursuant to the Private Securities Litigation Reform Act.

4. **Settlement Filings**
   a) The document(s) to be filed to effort the settlement are Motion for Preliminary Settlement Approval
   b) The person responsible for filing the document(s) is Joseph A. Fonti
   c) The agreed deadline for filing the document(s) is July 3, 2024

**Submission of Report.** Please submit the completed and signed report by mail of Clerk of Court, 324 W. Market St., Greensboro, NC 27401, or, if Consent to Transfer Documents Electronically Form has been submitted, submit the signed to medclerk@ncmd.uscourts.gov.

I have submitted this completed report with ten (10) days after conclusion of the conference.

*Jed D. Melnick*  —  June 4th, 2024

Mediator Signature  —  Date