# Supplemental Agreement defined in Paragraph 7.7 of the Stipulation (ECF No. 137-1, ¶ 7.7)

# FILED UNDER SEAL