IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ROBERT CIARCIELLO Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BIOVENTUS INC., KENNETH M. REALI, MARK L. SINGLETON, GREGORY O. ANGLUM, and SUSAN M. STALNECKER,<br><br>Defendants. | Case No. 1:23-cv-00032-CCE-JEP |

**LEAD PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT AND APPROVAL OF THE PLAN OF ALLOCATION**

Lead Plaintiff Wayne County Employees' Retirement System ("Lead Plaintiff" or "Plaintiff"), on behalf of itself and all Settlement Class Members, respectfully moves this Court to (i) finally approve the settlement pursuant to Fed. R. Civ. P. 23(e)(2), (ii) finally certify the Settlement Class for purposes of the settlement, (iii) finally approve the Plan of Allocation, and (iv) enter the Final Judgment Approving Settlement, substantially in the form attached to the Stipulation as Exhibit B (ECF No. 137-7.).[1]

Lead Plaintiff is contemporaneously filing a memorandum of law and the Declaration of George N. Bauer, with accompanying exhibits annexed thereto, in support of this Motion.

Dated: November 8, 2024

By: /s/ Joseph A. Fonti

**BLEICHMAR FONTI & AULD LLP**
Joseph A. Fonti*
George N. Bauer*
300 Park Avenue, Suite 1301
New York, NY 10022
Telephone: (212) 789-1340
Facsimile: (212) 205-3960
jfonti@bfalaw.com
gbauer@bfalaw.com

Nancy A. Kulesa*
75 Virginia Road

---

[1] Capitalized terms not defined herein have the meanings stated in the Stipulation of Settlement, dated July 12, 2024, as revised on August 7, 2024 (the "Stipulation," ECF No. 148-1).

White Plains, NY 10603
Telephone: (914) 265-2991
Facsimile: (212) 205-3960
nkulesa@bfalaw.com

\* reflects attorneys appearing pursuant to LR 83.1(d)

*Counsel for Lead Plaintiff Wayne County Employees' Retirement System and Lead Counsel for the Proposed Class*

By: */s/ Gagan Gupta*

**TIN FULTON WALKER & OWEN PLLC**
Gagan Gupta (NCSB #: 53119)
115 East Main Street
Durham, NC 27701
Telephone: (919) 370-8807
ggupta@tinfulton.com

*Local Counsel for Lead Plaintiff Wayne County Employees' Retirement System*